Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
Ronaldo Bumbasi, Esq.
Nevada Bar No. 14176
BUMBASI LAW GROUP
6250 N. Durango Dr.
Las Vegas, Nevada 89149
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE KING, individually,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW UBBENS, individually; JOSEPH PATON, individually; BRITTNEY TOMASO, individually; RYAN BALINT, individually; KYLE PRIOR, individually; JOSEPH SZUKIEWICZ, individually; KASEY KIRKEGARD, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMNET, a political subdivision of the State of Nevada; DOE SWAT OFFICERS I through X, individually; DOE POLICE OFFICERS, XI through XX, individually;<br><br>    Defendants. | CASE NO.: 2:21-cv-01426<br><br>**STIPULATION AND ORDER TO AMEND** |

    Plaintiff JASMINE KING, by and through her counsel of record, Joshua L. Benson, Esq., of Benson Allred Injury Law, and Defendants ANDREW UBBENS, JOSEPH PATON, BRITTNEY TOMASO, RYAN BALINT, KYLE PRIOR, JOSEPH SZUKIEWICZ, KASEY KIRKEGARD, and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

1

1  by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing,

2  hereby stipulate that Plaintiff may amend the Complaint by filing the Amended Complaint

3  attached as Exhibit A.

BENSON ALLRED INJURY LAW                    MARQUIS AURBACH COFFING

/s/ Joshua Benson                                         /s/ Craig Anderson
Joshua L. Benson, Esq.                              Craig R. Anderson, Esq.
Nevada Bar No. 10514                               Nevada Bar No. 6882
6250 North Durango Drive                         10001 Park Run Drive
Las Vegas, Nevada 89149                          Las Vegas, Nevada 89145
*Attorneys for Plaintiff*                                *Attorneys for Defendants*

### Order

IT IS ORDERED that ECF No. 9 is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court shall detach and separately file Exhibit A.

**IT IS SO ORDERED**
**DATED:** 10:08 am, October 22, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted By:

BENSON ALLRED INJURY LAW

*/s/ Joshua Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
6250 North Durango Drive
Las Vegas, Nevada 89149
Attorneys for Plaintiff

2