**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

Attorneys for Defendants Ubbens, Patton, Tomaso, Balint, Prior, Szukiewicz, Kirkegard, Young, Findley, Singh, Oswald, Bertuccini, O'Daniel, Burris, Susich, Rothenberg, Dixon, Germosen, Valenta and LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE KING, individually,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ANDREW UBBENS, individually; JOSEPH PATTON, individually; BRITTNEY TOMASO, individually; RYAN BALINT, individually; KYLE PRIOR, individually; JOSEPH SZUKIEWICZ, individually; KASEY KIRKEGARD, individually; MICHAEL YOUNG, individually; GARTH FINDLEY, individually; HAMRIC SINGH, individually; COLEMAN OSWALD, individually; JAMES BERTUCCINI, individually; MELANIE O'DANIEL, individually; MATTHEW BURRIS, individually; JOHN SUSICH, individually; JAMES ROTHENBURG, individually; BLAKE DIXON, individually; WIL GERMOSEN, individually; DAVID VALENTA, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOE SWAT OFFICERS I through X, individually and DOE POLICE OFFICERS XI through XX, individually,<br><br>　　　　　　　　Defendants. | Case No.:　　2:21-cv-01426-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff, by and through her counsel of record, Joshua L. Benson, Esq. of Benson Allred, and Defendants, by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach, that the above-referenced matter is hereby dismissed with prejudice; and

/ / / /

M&A:14687-363 4971318_1 3/7/2023 2:29 PM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 7th day of March, 2023.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD Defendants

BENSON ALLRED

By: *s/Joshua L. Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Ste. 420
Las Vegas, Nevada 89106
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

DATED March 14, 2023.

_____
United States District Court Judge

M&A:14687-363 4971318_1 3/7/2023 2:29 PM